COWAN DeBAETS ABRAHAMS & SHEPPARD LLP

41 MADISON AVENUE
NEW YORK, NY 10010
t: 212 974 7474
f: 212 974 8474
www.cdas.com

MARY E. RASENBERGER
212 974 7474 ext 1956
mrasenberger@cdas.com

April 30, 2014

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk of the Court
United States Court of Appeals
 For the Second Circuit
Thurgood Marshall U.S Courthouse
40 Foley Square
New York, NY 10010

    Re:    <u>The Authors Guild v. Google, Inc. (13-4829-cv)</u>

Dear Madame Clerk,

Please take notice that The National Press Photographers Association's description, listed in paragraph 5 of the Appendix to our Amicus Brief (ECF Docket # 69), has been updated as follows:

> **"The National Press Photographers Association ("NPPA") is a 501(c)(6) non-profit organization dedicated to the advancement of visual journalism in its creation, editing and distribution. NPPA's approximately 7,000 members include television and still photographers, editors, students and representatives of businesses that serve the visual journalism industry. Since its founding in 1946, the NPPA has vigorously promoted and defended the rights of photographers and journalists, including intellectual property rights and freedom of the press in all its forms, especially as it relates to visual journalism."**

Thank you for your attention to this matter.

Respectfully,

s/Mary E. Rasenberger
Mary E. Rasenberger

JEAN ALBERT
FREDERICK P. BIMBLER
SUSAN H. BODINE
ANDREA F. CANNISTRACI
XAVIER J. CORREA
AL J. DANIEL, JR.
TIMOTHY J. DEBAETS
ROBERT J. EPSTEIN
MATTHEW A. KAPLAN*
ELEANOR M. LACKMAN
ELLIS B. LEVINE
STEVEN MASUR
JANIS C. NELSON*
MARY E. RASENBERGER ♦
JOSHUA B. SESSLER
J. STEPHEN SHEPPARD ♦
MARC H. SIMON
KENNETH N. SWEZEY *
NANCY E. WOLFF +*

ZEHRA J. ABDI
DAVID E. ASHLEY*
JEFFREY M. LAWHORN*
DAVID J. MAZUR
SIMON N. PULMAN*
SCOTT J. SHOLDER*
STEVEN A. WERIER
JOSHUA S. WOLKOFF*

OF COUNSEL:
ANNE C. BAKER°
ROBERT I. FREEDMAN
JERROLD B. GOLD

PHILIP M. COWAN
(1943-2001)
HOWARD ABRAHAMS
(1945-1996)

★ ADMITTED IN CA
❷ ALSO ADMITTED IN CT
♦ ALSO ADMITTED IN DC
✱ ALSO ADMITTED IN NJ
○ ALSO ADMITTED IN LA
③ ALSO ADMITTED IN AR & DC
+ ALSO ADMITTED IN CA & PA

BEVERLY HILLS OFFICE:
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212
T: 310 492 4392 / F: 310 492 4394