NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: The Authors Guild, et al. v. Google, Inc.                    Docket No.: 13-4829-cv

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Jonathan Band

Firm: Jonathan Band PLLC

Address: 21 Dupont Circle NW, 8th Floor, Washington, DC 20036

Telephone: 202-296-5675                    Fax: 202-872-0884

E-mail: jband@policybandwidth.com

Appearance for: American Library Ass'n, Ass'n of College and Research Libraries, and Ass'n
                          (party/designation) of Research Libraries, Amici Curiae

Select One:

☐ Substitute counsel (replacing lead counsel:_____)
                                              (name/firm)

☐ Substitute counsel (replacing other counsel:_____)
                                              (name/firm)

☐ Additional counsel (co-counsel with:_____)
                                              (name/firm)

☑ Amicus (in support of: Appellee _____)
                                              (party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Jonathan Band

Type or Print Name: Jonathan Band