Receipt #
220524

# WILMERHALE

William Ioas

+1 212 295 6542 (t)
+1 212 230 8888 (f)
william.ioas@wilmerhale.com

December 8, 2014

**By Hand**

Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: Argument CD in *The Authors Guild v. Google, Inc.* No. 13-4829

Dear Sir or Madam:

I write to request an audio CD of the oral argument in *The Authors Guild v. Google*, No. 13-4829, held on December 3, 2014, at 2 p.m. Enclosed is a check for $30.

Sincerely,

William Ioas

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Washington