WILMERHALE

August 7, 2015

Weili J. Shaw

+1 202 663 6148 (t)
+1 202 663 6363 (f)
weili.shaw@wilmerhale.com

**VIA ECF**

Ms. Brenda Mojica
Case Manager
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Court House
40 Foley Square
New York, NY 10007

Re: *The Authors Guild v. Google Inc.*, No. 13-4829

Dear Ms. Mojica:

Please take notice that I hereby withdraw as counsel for Defendant-Appellee Google Inc. in the above-captioned matter. I expect to leave the law firm of Wilmer Cutler Pickering Hale and Dorr LLP on August 14, 2015. Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for Google.

Sincerely,

/s/ Weili J. Shaw
Weili J. Shaw

cc: All counsel of record (by ECF)